CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com
Attorney for Defendants
Casa Madrona Hotel and Spa, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>      Plaintiff,<br><br>  v.<br><br>CASA MADRONA HOTEL AND SPA, LLC, a California Limited Liability Company;<br><br>      Defendant, | Case: 3:21-cv-00629-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 27, 2021            CENTER FOR DISABILITY ACCESS

                                          By: /s/ Amanda Seabock
                                                Amanda Seabock
                                                Attorneys for Plaintiff

Dated: October 27, 2021            STILLMAN & ASSOCIATES

                                          By: /s/ Philip H. Stillman
                                                Philip H. Stillman
                                                Attorney for Defendant
                                                Casa Madrona Hotel and Spa, LLC

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

**GRANTED**

*Judge Edward M. Chen*

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Philip H. Stillman, counsel for Casa Madrona Hotel and Spa, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 27, 2021            CENTER FOR DISABILITY ACCESS

                                                By: /s/ Amanda Seabock
                                                   Amanda Seabock
                                                   Attorneys for Plaintiff

# PROOF OF SERVICE
## Whitaker v. Casa Madrona Hotel and Spa, LLC
CASE #: 3:21-CV-00629-EMC

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 8033 Linda Vista Rd Suite 200 San Diego Ca 92111.

On October 27, 2021 I served the following document(s):

- **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)(A)(ii)**

Addressed to:

> **Philip H. Stillman**
> STILLMAN & ASSOCIATES
> 3015 North Bay Road, Suite B
> Miami Beach, Florida 33140

- ☐ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ <u>BY OVERNIGHT EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box in San Diego, California.
- ☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients Via ASAP Legal Services.
- ☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and or subsequently emailed to the above recipients.

Executed on October 27, 2021, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Priyanka More